

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Santiago MURILLO-SANDOVAL,<br><br>Defendant. | Case No.: '20 MJ5096<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 111(a)(1) –<br>Assaulting, resisting, or impeding<br>certain officers or employees (Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about November 20, 2020, within the Southern District of California, defendant Santiago MURILLO-SANDOVAL, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with a person named in Title 18, United States Code, Section 111, to wit United States Customs and Border Protection Officer (CBPO) J. Escarcega, in that defendant kicked CBPO Escarcega in the groin area while CBPO Escarcega was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

David Goldman
Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd of November 2020.

HON BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Dante Reynolds, declare under penalty of perjury, the following is true and correct:

On November 20, 2020, at approximately 17:15 PST, Santiago MURILLO-SANDOVAL, ("MURILLO-SANDOVAL"), a Citizen of Mexico and Lawfully Admitted Permanent Resident (LAPR) to the United States, applied for entry into the United States from Mexico through the San Ysidro Port of Entry (POE) Pedestrian Lanes.

A Customs and Border Protection Officer (CBPO) was conducting Pre-Primary Inspections at the United States/Mexico Limit Line when he encountered MURILLO-SANDOVAL; the CBPO asked MURILLO-SANDOVAL if he had documents and he replied no, so the CBPO responded that MURILLO-SANDOVAL could not enter the United States. MURILLO-SANDOVAL was still standing in Mexico and proceeded to kick the CBPO in the groin area, then retreated further into Mexico. After a few moments, MURILLO-SANDOVAL rapidly walked back towards the United States, attempted to push his way through the CBPO and was subsequently brought to the ground in the CBPO's attempt to subdue him. While on the ground, MURILLO-SANDOVAL resisted and attempted to kick the CBPOs and made contact with one of them again. Once subdued, MURILLO-SANDOVAL was

1

handcuffed and moved to the Security Office; while being moved to Security Office, MURILLO-SANDOVAL attempted to spit at the CBPOs.

MURILLO-SANDOVAL was placed under arrest at approximately 17:30 PST.

MURILLO-SANDOVAL was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting, Resisting, or Impeding Certain Officers or Employees. MURILLO-SANDOVAL is scheduled to be booked into the Metropolitan Corrections Center (MCC) on November 21, 2020 at 08:00 PST.

Executed on November 21, 2020, at the San Ysidro, CA Port of Entry (POE)

_____
Dante Reynolds
HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of two (2) pages, I find probable cause to believe the defendant, Nicole Marie DUNIPHIN, named in this probable cause statement, committed the offense on November 20, 2020, in violation of Title 18 USC 111, Assaulting, Resisting, or Impeding Certain Officers or Employees.

_____       7:58 AM, Nov 21, 2020
HON. BARBARA L. MAJOR            Date/Time
United States Magistrate Judge

2