# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR00319-AJB |
| Plaintiff, | **JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| SANTIAGO MURILLO-SANDOVAL, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against SANTIAGO MURLLO-SANDOVAL in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 27, 2021

Hon. Anthony J. Battaglia
United States District Judge